UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FERNANDO ARELLANO, JOSE LUIS HERNANDEZ,
MELISSA BACH, and DAVID ANDERSON,

                            Plaintiffs,        **ORDER**

      -against-                        14 Civ. 8141 (JCM)

ISAAC HERSHKO, HARVEY WEISMAN, DAWN
HERSHKO a/k/a DAWN ZICCARDI, BO WEISMAN,
THE 22 S. LLC d/b/a THE PLAYHOUSE MARKET,
and 22 S. BROADWAY LLC,

                            Defendants.
------------------------------------------------------------------x

        Plaintiffs Fernando Arellano, Jose Luis Hernandez, Melissa Bach and David Anderson,

commenced this Fair Labor Standards Act and New York Labor Law action against Defendants.

(Docket No. 1). The parties seek this Court's approval of a Settlement Agreement and Release

("Agreement"), which the parties contend is a reasonable compromise of the contested issues.[1]

(Docket No. 74).

        After lengthy discussions, the parties reached an agreement to resolve the case.  The

settlement is the product of extensive arm's-length negotiations between able counsel.  Based on

my knowledge of the facts of this case, my consideration of the parties' joint letter in support of

the Agreement, (Docket No. 77), the documentation supporting the reasonableness of the

attorneys' fees and costs, (Docket No. 78), and the terms of the parties' proposed Agreement,

(Docket No. 74), I find that the Agreement is a fair and reasonable resolution of the case. *See*

*Johnson v. Brennan*, No. 10 Civ. 4712(CM), 2011 WL 4357376, at *12 (S.D.N.Y. Sept. 16,

2011) ("If the proposed settlement reflects a reasonable compromise over contested issues, the

---

[1] Counsel for the parties have consented to jurisdiction of the undersigned over this matter for all purposes pursuant to 28 U.S.C. § 636(c). (Docket No. 19).

court should approve the settlement.") (citations omitted).  Accordingly, the Court approves the settlement and dismisses this action with prejudice.

The Clerk is respectfully requested to close the case.

Dated:   April 15, 2016
         White Plains, New York

SO ORDERED:

JUDITH C. McCARTHY
United States Magistrate Judge